No. 02–8119. LOPEZ-SEPULVEDA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8123. RODRIGUEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8127. RUVALCABA-VARGAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8128. RASHKOVSKI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8129. REYNOLDS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–687. POOLE, WARDEN *v.* KILLIAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–803. STRAUB, WARDEN *v.* MILLER. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–806. BURKE, WARDEN *v.* HAYNES. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–807. JACKSON, WARDEN *v.* LYONS. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–548. CZARINA, LLC *v.* KEMPER DE MEXICO, CAMPANIA DE SEGUROS, S. A., *ante,* p. 1072;

No. 02–570. WALSTON *v.* LOCKHART ET AL., *ante,* p. 1067;

No. 02–574. TDC MANAGEMENT CORP., INC., ET AL. *v.* UNITED STATES, *ante,* p. 1048;

No. 02–5228. NEWSOME *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL., *ante,* p. 1049;

No. 02–6058. LANCE *v.* GEORGIA, *ante,* p. 1050;

No. 02–6189. PRICE *v.* DEPARTMENT OF JUVENILE JUSTICE ET AL., *ante,* p. 1007;

No. 02–6595. RUIZ RIVERA *v.* TREVI CARIBE, INC., *ante,* p. 1053;

▮▮▮▮▮▮▮▮▮▮▮▮

No. 02–6601.  LEONARD *v.* CORNYN, ATTORNEY GENERAL OF TEXAS, ET AL., *ante,* p. 1053;

No. 02–6654.  GONZALEZ *v.* WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante,* p. 1054;

No. 02–6744.  OLIVER *v.* BRAXTON, WARDEN, *ante,* p. 1057;

No. 02–7042.  HAMILTON *v.* MACK, WARDEN, *ante,* p. 1061;

No. 02–7235.  DABNEY *v.* UNITED STATES, *ante,* p. 1066; and

No. 02–7418.  WAHAB *v.* UNITED STATES, *ante,* p. 1096.  Petitions for rehearing denied.

No. 01–10564.  JONES *v.* VIRGINIA DEPARTMENT OF SOCIAL SERVICES ET AL., *ante,* p. 849.  Motion of petitioner for leave to file petition for rehearing denied.

No. 02–297.  DOYLE *v.* HYDRO NUCLEAR SERVICES ET AL., *ante,* p. 1066.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

## JANUARY 28, 2003

▮▮▮▮▮▮▮▮

No. 02–8687 (02A618).  CURRY *v.* TEXAS.  Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 02–8702 (02A620).  CURRY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

## JANUARY 30, 2003

▮▮▮▮▮▮▮▮

No. 02–635.  NEW MEXICO DEPARTMENT OF PUBLIC SAFETY ET AL. *v.* MARTINEZ.  C. A. 10th Cir.  Certiorari dismissed under this Court's Rule 46. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

No. 02–8732 (02A623).  IN RE RIDDLE.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Petition for writ of